FILED: October 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1931 (L)
(EPA-HQ-OW-2008-0667)

_____

COOLING WATER INTAKE STRUCTURE COALITION

   Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

   Respondent

AMERICAN LITTORAL SOCIETY; ENVIRONMENT AMERICA, INCORPORATED; ENVIRONMENT MASSACHUSETTS; RIVERKEEPER, INC.; NATURAL RESOURCES DEFENSE COUNCIL; DELAWARE RIVERKEEPER NETWORK; RARITAN BAYKEEPER, INC., d/b/a NY/NJ Baykeeper; HACKENSACK RIVERKEEPER; CASCO BAYKEEPER; SAVE THE BAY - NARRAGANSETT BAY; SCENIC HUDSON, INC.; SIERRA CLUB, INC.; WATERKEEPER ALLIANCE, INCORPORATED; SOUNDKEEPER, INCORPORATED; SURFRIDER FOUNDATION

   Intervenors

_____

O R D E R

_____

Upon consideration of the motions to intervene, the court grants the motions.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk